SANGSTER *v.* GRINER.

APPEAL from the *Fountain* Circuit Court.

*Per Curiam.*—In this case there are no errors assigned, for which reason the appeal must be dismissed. The judgment below is so· clearly right, that were the cause properly before us, it would be affirmed with damages. But there being nothing before us, for the want of an assignment of errors, we can only dismiss the appeal.

The appeal is dismissed with costs.

*D. W. Voorhees*, for the appellant.

*C. Tyler*, for the appellee.